THE STATE OF WASHINGTON, *Respondent,* v. DAVID H.
MONTAGUE, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 87–1–00048–7, James M. Murphy, J.,

entered July 1, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.